**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No. 24-00075-ELG |
| **Latisha Bailey**<br>**Debtor** | Chapter 7 |

**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED**

On 03/11/2024, the debtor(s) filed a bankruptcy petition in the above-captioned case. ECF No. 1. Thereafter, the Official Form 309 (For Individuals or Joint Debtors) was sent, notifying the debtor(s) of the date and time of the meeting of creditors as required by 11 U.S.C. § 341. The United States Trustee has filed a certification under Local Bankruptcy Rule 2003-1(b)(2) indicating either the debtor or the debtor's attorney has not appeared at the meeting of creditors. Accordingly, it is

**ORDERED** that the Debtor shall appear before this Court on **06/27/2024, at 9:30 a.m**., to show cause why the Debtor's bankruptcy case should not be dismissed for failure to have attended the meeting of creditors as required by 11 U.S.C. § 341.

The hearing will be held in Courtroom 1 United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information).

For the Court:
Angela D. Caesar
BY: CA
Dated: 06/18/2024

Copies to: Recipients of electronic notifications; Debtor; Chapter 7 Trustee; all creditors.