## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLUMBIA

In re:                                              **Case No. 24-00075-ELG**

      **Latisha Bailey**                        **Chapter 7**
      **Debtor**

### ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED

    On 03/11/2024, the debtor(s) filed a bankruptcy petition in the above-captioned case. ECF No. 1. Thereafter, the Official Form 309 (For Individuals or Joint Debtors) was sent, notifying the debtor(s) of the date and time of the meeting of creditors as required by 11 U.S.C. § 341. The United States Trustee has filed a certification under Local Bankruptcy Rule 2003-1(b)(2) indicating either the debtor or the debtor's attorney has not appeared at the meeting of creditors. Accordingly, it is

    **ORDERED** that the Debtor shall appear before this Court on **06/27/2024, at 9:30 a.m.**, to show cause why the Debtor's bankruptcy case should not be dismissed for failure to have attended the meeting of creditors as required by 11 U.S.C. § 341.

    The hearing will be held in Courtroom 1 United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information).

For the Court:
Angela D. Caesar
BY: CA
Dated: 06/18/2024

Copies to: Recipients of electronic notifications; Debtor; Chapter 7 Trustee; all creditors.

1

United States Bankruptcy Court

District of Columbia

In re:                                                                                    Case No. 24-00075-ELG

Latisha Bailey                                                                      Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                              User: admin                                    Page 1 of 2

Date Rcvd: Jun 18, 2024                    Form ID: pdf001                         Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 776395 | | American Collections Enterprise, Inc, 6094 Franconia Rd, Ste D, Alexandria, VA 22310-4433 |
| 776402 | + | Michael Nji Neba, 1800 Tulip Ave, District Heights, MD 20747-2643 |
| 776403 | + | Mid-Atlantic Finance Group, 10410 Kensington Pkwy N Suite 304, Kensington, MD 20895-2948 |
| 776405 | + | Seth Warren Tolin, Esq., Schrier Tolin & Wagman, LLC, 700 King Farm Blvd. Suite 625, Rockville, MD 20850-6547 |
| 776406 | + | Steven M. Schrier, Esq., Schrier Tolin & Wagman, LLC, 700 King Farm Blvd. Suite 625, Rockville, MD 20850-6547 |
| 776408 | + | Village in the Woods Limited Partnership, t/a Maple Ridge Apts - Cronin Law Firm, 586 Bellerive Rd. Suite 2C, Annapolis, MD 21409-4619 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 776396 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 18 2024 21:59:04 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 776397 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 18 2024 21:59:02 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 776398 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 18 2024 21:58:53 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 776399 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 18 2024 21:49:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 776400 | + | Email/Text: angela.coleman@dc.gov | Jun 18 2024 21:49:00 | DC Office of Tax and Revenue, 1101 4th St., SW #270, Washington, DC 20024-4457 |
| 776401 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 18 2024 21:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 776404 | + | Email/Text: bnc@nordstrom.com | Jun 18 2024 21:49:55 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 776407 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 18 2024 21:49:00 | Verizon, 500 Technology Dr Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0090-1                  User: admin                      Page 2 of 2

Date Rcvd: Jun 18, 2024               Form ID: pdf001                  Total Noticed: 14

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Maurice Belmont VerStandig | on behalf of Debtor Latisha Bailey mac@mbvesq.com<br>lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee for Region Four michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| William Douglas White | on behalf of Trustee William Douglas White wdw@mccarthywhite.com  white@premierremote.com;dc08@ecfcbis.com |
| William Douglas White | wdw@mccarthywhite.com  white@premierremote.com;dc08@ecfcbis.com |

TOTAL: 5