Certificate Number: 16339-DC-DE-038614740

Bankruptcy Case Number: 24-00075



16339-DC-DE-038614740

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 27, 2024, at 12:54 o'clock PM EDT, Latisha Bailey completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Columbia.

Date: June 27, 2024

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor