**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>**Latisha Bailey**<br>**Debtor** | Case No. 24-00075-ELG<br><br>Chapter 7 |

## ORDER DISCHARGING ORDER TO SHOW CAUSE

On 06/18/2024, the Court issued an Order to Show Cause (ECF No. 10). The Filer having complied with the Order to Show Cause, it is

ORDERED that the Court's Order to Show Cause is DISCHARGED.

> For the Court:
> Angela D. Caesar
> BY: CA
> Dated: 07/22/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.

United States Bankruptcy Court

District of Columbia

In re:  Case No. 24-00075-ELG
Latisha Bailey  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 1
Date Rcvd: Jul 22, 2024     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Latisha Bailey, 4711 Nash Street NE, Washington, DC 20019-3954 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 24, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maurice Belmont VerStandig | on behalf of Debtor Latisha Bailey mac@mbvesq.com<br>lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| William Douglas White | on behalf of Trustee William Douglas White wdw@mccarthywhite.com white@premierremote.com;dc08@ecfcbis.com |
| William Douglas White | wdw@mccarthywhite.com white@premierremote.com;dc08@ecfcbis.com |

TOTAL: 5