**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Latisha Bailey** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2527 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | United States Bankruptcy Court for the District of Columbia | |
| Case number: | 24–00075–ELG | |

# Order of Discharge                                                                                     12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Latisha Bailey

<u>10/22/24</u>                                                               **By the court:**   <u>Elizabeth L. Gunn</u>
                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                           **Order of Discharge**                           page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of Columbia

In re:  Case No. 24-00075-ELG

Latisha Bailey  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2

Date Rcvd: Oct 22, 2024      Form ID: 318      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Latisha Bailey, 4711 Nash Street NE, Washington, DC 20019-3954 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| 776395 | | American Collections Enterprise, Inc, 6094 Franconia Rd, Ste D, Alexandria, VA 22310-4433 |
| 776402 | + | Michael Nji Neba, 1800 Tulip Ave, District Heights, MD 20747-2643 |
| 776403 | + | Mid-Atlantic Finance Group, 10410 Kensington Pkwy N Suite 304, Kensington, MD 20895-2948 |
| 776405 | + | Seth Warren Tolin, Esq., Schrier Tolin & Wagman, LLC, 700 King Farm Blvd. Suite 625, Rockville, MD 20850-6547 |
| 776406 | + | Steven M. Schrier, Esq., Schrier Tolin & Wagman, LLC, 700 King Farm Blvd. Suite 625, Rockville, MD 20850-6547 |
| 776408 | + | Village in the Woods Limited Partnership, t/a Maple Ridge Apts - Cronin Law Firm, 586 Bellerive Rd. Suite 2C, Annapolis, MD 21409-4619 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | EDI: DCGOVT | Oct 23 2024 01:32:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | + | Email/Text: angela.coleman@dc.gov | Oct 22 2024 21:36:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Oct 22 2024 21:31:49 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Oct 22 2024 21:31:49 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Oct 22 2024 21:36:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 776396 | + | EDI: CAPITALONE.COM | Oct 23 2024 01:32:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 776397 | + | EDI: CAPITALONE.COM | Oct 23 2024 01:32:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 776398 | + | EDI: CAPITALONE.COM | Oct 23 2024 01:32:00 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 776399 | + | EDI: WFNNB.COM | Oct 23 2024 01:32:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 776400 | + | EDI: DCGOVT | Oct 23 2024 01:32:00 | DC Office of Tax and Revenue, 1101 4th St., SW #270, Washington, DC 20024-4457 |

| | | | | |
|---|---|---|---|---|
| 776400 | + | Email/Text: angela.coleman@dc.gov | Oct 22 2024 21:36:00 | DC Office of Tax and Revenue, 1101 4th St., SW #270, Washington, DC 20024-4457 |
| 776401 | | EDI: IRS.COM | Oct 23 2024 01:32:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 776404 | + | Email/Text: bnc@nordstrom.com | Oct 22 2024 21:36:13 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 776407 | | EDI: VERIZONCOMB.COM | Oct 23 2024 01:32:00 | Verizon, 500 Technology Dr Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 24, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maurice Belmont VerStandig | on behalf of Debtor Latisha Bailey mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| William Douglas White | on behalf of Trustee William Douglas White wdw@mccarthywhite.com white@premierremote.com;dc08@ecfcbis.com |
| William Douglas White | wdw@mccarthywhite.com white@premierremote.com;dc08@ecfcbis.com |

TOTAL: 5